PROB 12B
ED/AR (12/2012)



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 14 2013

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Terry Coleman                    Case Number: 4:05CR00089-03 JLH

Name of Sentencing Judicial Officer:    Honorable J. Leon Holmes
                                        United States District Judge

Original Offense:    Ct. 1: Conspiracy to Possess a Machine Gun
                     Ct. 4: Possession of a Machine Gun
                     Ct. 6: Felon in Possession of a Firearm

Date of Sentence:    February 16, 2006

Original Sentence:   60 months BOP on Ct. 1, 120 months on Ct. 2, and 188 months on Ct. 6 to run concurrently with each other and concurrently to the undischarged term of imprisonment the defendant is currently serving in the Arkansas Department of Correction, 5 years supervised release, substance abuse treatment, mandatory drug testing, and $300 special penalty assessment

Type of Supervision: Supervised release         Date Supervision Commenced: August 31, 2012
                                                Date Supervision Expires: August 30, 2017

U.S. Probation                  Asst. U.S.                          Defense
Officer: Tabitha L. Mitchell    Attorney: John Ray White            Attorney: To be appointed

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall abstain from alcohol throughout the course of supervision.**

## CAUSE

Mr. Coleman's term of supervised release commenced on August 31, 2012. Due to his extensive substance abuse history, he was referred to outpatient substance abuse treatment on September 10, 2012. As part of the condition, he is prohibited from using alcohol throughout the course of treatment. On October 19, 2012, Mr. Coleman was arrested by Arkansas State Police officers for driving while intoxicated (DWI). He was also cited for driving too closely. When officers pulled him over, he registered .14 on the breathalyzer. On November 19, 2012, he appeared in North Little Rock, Arkansas, District Court. He was found guilty of both charges and was ordered to 7 days jail time with 6 days suspended and 1 day jail credit and a $620 fine. As a result of Mr. Coleman's DWI conviction, his outpatient substance abuse treatment was increased. On December 13, 2012, at approximately 12:00 p.m., a home contact was conducted at Mr. Coleman's residence. During the contact, he was administered a breathalyzer which registered .024. Mr. Coleman reported he drank a beer around 4:00 a.m. after he returned home from work.

Prob 12B                                -2-                   Request for Modifying the
                                                             Conditions or Terms of Supervision
                                                             with Consent of the Offender

Name of Offender: Terry Coleman                    Case Number: 4:05CR00089-03 JLH

Based on Mr. Coleman's alcohol use and his DWI conviction, it is requested that Mr. Coleman's conditions be modified to include no alcohol use throughout the course of supervision. Mr. Coleman is in agreement to the modification, and he signed the Prob 49.

_____                        _____
Tabitha L. Mitchell                                John Ray White
U.S. Probation Officer                             Assistant U.S. Attorney

Date: February 7, 2013                             Date: 02/14/13

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

February 14, 2013
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall abstain from the use of alcohol throughout the course of supervision.**

Witness: *Jabitha Mitchell*
U.S. Probation Officer

Signed: x *Jerry Coleman*
Probationer or Supervised Releasee

x 2-7-13
DATE