## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                             No. 4:05CR00089-03 JLH

TERRY COLEMAN                                                 DEFENDANT

### ORDER

Pending before the Court is defendant Terry Coleman's unopposed motion for continuance of the revocation hearing in this matter. The motion is GRANTED. Document #97.

The supervised release revocation hearing for defendant Terry Coleman is hereby rescheduled for **THURSDAY, FEBRUARY 6, 2014, at 2:30 P.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #95.

IT IS SO ORDERED this 30th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE