**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                              No. 4:05CR00089-03 JLH

TERRY COLEMAN                                                                                      DEFENDANT

**ORDER**

Pending before the Court is defendant Terry Coleman's unopposed motion for continuance of the revocation hearing in this matter currently set for March 27, 2014. The motion is GRANTED. Document #105

The supervised release revocation hearing for defendant Terry Coleman is hereby rescheduled for **THURSDAY, APRIL 3, 2014, at 10:00 A.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #103.

IT IS SO ORDERED this 17th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE