IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                         NO. 4:05CR00089-03 JLH

TERRY COLEMAN                                                                                DEFENDANT

## ORDER

Court convened on Thursday, April 3, 2014, for a hearing on the government's superseding motion to revoke the supervised release of defendant Terry Coleman. Document #107. Criminal Chief John Ray White was present for the government. The defendant appeared in person and with his attorney, Assistant Federal Public Defender Justin Eisele.

Upon inquiry from the Court, the defendant admitted all of the allegations outlined in the third superseding petition to revoke. The defendant requested the Court to allow him to participate in the Holy Ghost Outreach Ministries program (HGO Ranch - Arkansas Campus). Following witness testimony, and statements from counsel and the defendant, the Court determined that defendant's current conditions of supervision should be modified, and that the motion to revoke should be held in abeyance for a period of sixty (60) days to allow defendant the opportunity to demonstrate that he could comply with the conditions of supervision previously imposed by the Court.

IT IS THEREFORE ORDERED that defendant Terry Coleman's conditions of supervised release are hereby modified to include the following:

- The defendant must continue his current course of treatment at the Holy Ghost Outreach Ministries for a period of time to be determined by the United States Probation Officer.

- The defendant will reside on the HGO Ranch - Arkansas Campus in Ravenden Springs, Arkansas, and must submit to drug testing out of the Jonesboro Divisional

Office of the United States Probation Office as directed.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS FURTHER ORDERED that the United States Probation Office is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of supervised release previously imposed by Monday, June 2, 2014. In the event the defendant is found to be in violation of his conditions of release prior to June 2, 2014, the United States Attorney is directed to submit the appropriate motion and the Court will conduct a hearing.

IT IS SO ORDERED this 3rd day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE