**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        NO. 4:05CR00089-03 JLH

TERRY COLEMAN                                                                DEFENDANT

**ORDER**

At the conclusion of the supervised release revocation hearing April 3, 2014, the Court determined the motion to revoke should be held in abeyance for a period of sixty days to allow defendant the opportunity to demonstrate that he could comply with the conditions of supervision previously imposed. A fourth superseding motion to revoke was filed on May 22, 2014, alleging new violations of supervision. Document #110.

IT IS THEREFORE ORDERED that a hearing on the government's fourth superseding motion to revoke supervised release is hereby scheduled to begin on **THURSDAY, JUNE 12, 2014, at 10:45 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #110.

IT IS SO ORDERED this 27th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE