**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                        No. 4:05CR00089-03 JLH

TERRY COLEMAN                                                                                         DEFENDANT

**ORDER**

Pending before the Court is defendant's Unopposed Motion for Continuance of the supervised release revocation hearing currently set for June 20, 2014. Good cause having been shown, the motion is GRANTED. Docket #118. The hearing on the pending superseding motion to revoke supervised release of defendant Terry Coleman is hereby rescheduled for **TUESDAY, JUNE 24, 2014, at 2:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Docket #110.

IT IS SO ORDERED this 19th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE