AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 24 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| TERRY COLEMAN | Case No.   4:05CR00089-03 JLH |
| | USM No.   23457-009 |
| | Justin T. Eisele |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s)   General, Standard, Special   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Unlawful use of a controlled substance | March 14, 2014 |
| Standard (2) | Failure to submit monthly reports as directed by probation office | February 2014 |
| Special | Failure to participate in substance abuse treatment program as directed | March 11, 2014 |
| Special | Failure to complete treatment program as directed | April 25, 2014 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) __N/A__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1816

Defendant's Year of Birth:   1978

City and State of Defendant's Residence:
Searcy, Arkansas

June 24, 2014
Date of Imposition of Judgment

_____
Signature of Judge

J. Leon Holmes, United States District Judge
Name and Title of Judge

June 24, 2014
Date

AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
              Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:     TERRY COLEMAN
CASE NUMBER:     4:05CR00089-03 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

### 24 MONTHS with no term of supervised release to follow

X    The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends defendant participate in nonresidential substance abuse treatment during incarceration. The Court further recommends placement in the FCI Forrest City, Arkansas, facility so as to remain near his family.**

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

     Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL